## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PASCUAL GUZMAN and HEBER FUENTES individually and on behalf of all other persons similarly situated who were employed by Defendants,<br><br>                              Plaintiffs,<br><br>     -against-<br><br>MOISHE MANA, EUGENE LEMAY a/k/a Jin or Gin, SALMAN RAMI HAIM a/k/a RAMI HAIM, KEVIN VASQUEZ a/k/a KEVIN IZARA, MIGUEL VASQUEZ a/k/a MIGUEL IZARA, and CARLOS VASQUEZ a/k/a CARLOS IZARA, individually, and MOISHE'S MOVING SYSTEMS, INC., MOISHE'S MOVING SYSTEMS, LLC, and THREE BROTHERS SERVICES INCORPORATED, and any other related or affiliated entities,<br><br>                              Defendants. | No.: 17-cv-2551(MF)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Lloyd R. Ambinder, sworn to on February 14, 2020, and all exhibits attached thereto, along with the memorandum of law in support, the undersigned will respectfully move this Court on February 21, 2020 at 10:00 am at the United States Courthouse for the District of New Jersey, located at 50 Walnut Street, Newark, NJ 07101, before the Honorable Mark Falk, for Plaintiffs' unopposed motion for an Order to (1) approve the settlement as fair, reasonable, and adequate for both Rule 23 Class Members and FLSA Members, (2) bind all Rule 23 Class Members who have not timely opted out to the Released State Law Claims as set forth in the Stipulation, (3) award Class Counsel attorneys' fees and costs in the amount equal to $290,000.00, (4) award services awards to Named Plaintiffs Pasqual Guzman and Heber Fuentes in the collective amount of $7,000.00, (5) approve class administration costs in the amount of $13,500.00, and (6) dismiss this litigation with prejudice.

Dated: New York, New York
        February 14, 2020

                                                   Respectfully submitted,

                                                   VIRGINIA & AMBINDER, LLP

/s/ Lloyd R. Ambinder, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Tel:    (212) 943-9080
lambinder@vandallp.com

*Attorneys for Plaintiffs and the Settlement Class*

TO: Defendants' counsel via ECF