

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Lloyd Ambinder**
212.943.9080
Lambinder@vandallp.com

February 25, 2020

**VIA ECF**
Hon. Mark Falk
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    Guzman et. al. v. Mana et. al.
             Case No.: 17-CV-2551(JMV)(MF)

Dear Judge Falk:

    This firm is counsel to Plaintiffs in the above-referenced wage and hour class and collective action. In reference to the February 21, 2020 Fairness Hearing, enclosed please find the proposed Final Order approving the class action settlement.

    Defendants' counsel take no exceptions to the proposed Order.

                                      Respectfully submitted,

                                      /s/ Lloyd Ambinder

cc: Counsel via ECF
LA/